ALICE J. WOODSIDE v. WEST JERSEY HEALTH SYSTEMS.

September 11, 1987.

Petition for certification denied.

J.C. PENNEY COMPANY, INC. v. TOWNSHIP OF LAWRENCE.

September 11, 1987.

Petition for certification denied.

LIONSHEAD DEVELOPMENT CORPORATION v.
KAPLAN BROTHERS.

September 11, 1987.

Petition for certification denied.

KENDE LEASING CORP., D/B/A K.B. TRUCKING v. A.I.
CREDIT CORP. AND F.T.P. AGENCY, INC. AND
LUMBERMEN'S MUTUAL CASUALTY, CO.

September 11, 1987.

Petition for certification denied. (See 217 *N.J.Super.* 101)